**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Smart Communications Holding, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-3238948** |
| 4. | **Debtor's address** | **Principal place of business** **10491 72nd St.** **Seminole, FL 33777** Number, Street, City, State & ZIP Code  **Pinellas** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Smart Communications Holding, LLC**　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

7. **Describe debtor's business**　　A. *Check one:*

　　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

　　☐ Railroad (as defined in 11 U.S.C. § 101(44))

　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

　　■ None of the above

　　B. *Check all that apply*

　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)

　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

　　*Check one:*

　　☐ Chapter 7

　　☐ Chapter 9

　　■ Chapter 11. *Check **all** that apply*:

　　　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　　　☐ A plan is being filed with this petition.

　　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

　　■ No.
　　☐ Yes.

　　District _____  When _____  Case number _____
　　District _____  When _____  Case number _____

Debtor  **Smart Communications Holding, LLC**    Case number (*if known*) _____
        Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No <br> ■ Yes. | | | | |
|---|---|---|---|---|---|---|
| | List all cases. If more than 1, attach a separate list | Debtor | **Smart Communications Holding, Inc.** | Relationship | **Affiliate** | |
| | | District | **Middle District of Florida** | When _____ | Case number, if known _____ | |

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No <br> ☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|---|
| | | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | |     What is the hazard? _____ |
| | | | ☐ It needs to be physically secured or protected from the weather. |
| | | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | | ☐ Other _____ |
| | | | **Where is the property?** _____ <br>     Number, Street, City, State & ZIP Code |
| | | | **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>     Contact name _____ <br>     Phone _____ |

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ■ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
|---|---|---|---|---|

Debtor   **Smart Communications Holding, LLC**                                                        Case number (*if known*) _____
        Name

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Smart Communications Holding, LLC**  Case number (if known) _____
        Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-28-2024
             MM / DD / YYYY

X _____           Jonathan D. Logan
  Signature of authorized representative of debtor   Printed name

Title  **Manager**

**18. Signature of attorney**

X  /s/ Daniel R. Fogarty                            Date  11.29.2024
   Signature of attorney for debtor                       MM / DD / YYYY

**Daniel R. Fogarty**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone  (813) 229-0144     Email address  dfogarty@srbp.com

0017532 FL
Bar number and State

HLFIP Holding, LLC
Two Ballpark Center
800 Battery Ave. SE, #100
Atlanta, GA 30339

Janice Logan, as Trustee
of the James Logan Family Trust
c/o David E. Schoenfeld, Esq.
100 N. Tampa St., #2900
Tampa, FL 33602

Janice Logan, individually
c/o David E. Schoenfeld, Esq.
100 N. Tampa St., #2900
Tampa, FL 33602

Smart Communications Holding, Inc.
10491 72nd St.
Seminole, FL 33777